USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/05/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

COMPTON MOHABIR,

Defendant.

26-cr-120 (MKV)

**ORDER**

Mr. Compton Mohabir (the "Defendant") was scheduled to appear before this Court today, October 5, 2026, at 10:00 AM, for arraignment regarding alleged violations of supervised release ("VOSR"). Defendant's Counsel advised that Defendant would arrive significantly late. Accordingly, the Court instructed the Parties to proceed with Defendant's arraignment in magistrate court whenever Defendant arrives at the Courthouse.

It is hereby ORDERED that, on or before October 14, 2026, counsel for Defendant and the Government shall file a joint letter advising the Court of the status of Defendant's VOSR proceedings, including whether the Government is pursuing any specifications, whether Defendant intends to admit to any specifications, and, if Defendant is in custody, whether he waives preliminary hearing.

**SO ORDERED.**

**Dated: October 5, 2026**
**New York, NY**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge